FILED
2020 Oct-05 PM 01:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

ELECTRONICALLY FILED
9/2/2020 2:31 PM
31-CV-2020-900502.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93  Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number: 31<br>Date of Filing: 09/02/2020  Judge Code: |
|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA**
**BARBARA LYNN PEDIGO v. RELIANCE STANDARD LIFE INS. COMPANY**

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other
**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☑ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING  A ☐ APPEAL FROM DISTRICT COURT  O ☐ OTHER
R ☐ REMANDED  T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO  Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** ALL016   9/2/2020 2:31:15 PM   /s/ MYRON KAY ALLENSTEIN
Date                Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO

DOCUMENT 2
Case 4:20-cv-01543-ACA   Document 1-1   Filed 10/05/20   Page 3 of 8
ELECTRONICALLY FILED
9/2/2020 2:31 PM
31-CV-2020-900502.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

State of Alabama
Unified Judicial System

Form C-10
Page 1 of 2    Rev. 2/95

**AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER**

Case Number: _____

IN THE __Circuit__ (Circuit, District, or Municipal) COURT OF __Etowah County__ (Name of County or Municipality), ALABAMA

STYLE OF CASE: __Barbara Pedigo__ Plaintiff(s) v. __Reliance Standard__ Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): _____

☑ CIVIL CASE— I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.
☐ CIVIL CASE— (such as paternity, support, termination of parental rights, dependency) — I am financially unable to hire an attorney and I request that the court appoint one for me.
☐ CRIMINAL CASE— I am financially unable to hire an attorney and request that the court appoint one for me.
☐ DELINQUENCY/NEED OF SUPERVISION— I am financially unable to hire an attorney and request that the court appoint one for my child/me

**AFFIDAVIT**

SECTION 1.

1. **IDENTIFICATION**
Full name __Barbara Lynn Pedigo__   Date of Birth __6-6-64__
Spouse's full name (if married) __Gary Eugene Pedigo__
Complete home address __9893 Windmill Road Fairhope AL 36532__
Number of people living in household __2__
Home telephone number __(251) 455-9931__
Occupation/Job __Disabled__   Length of employment __N/A__
Driver's license number __6054754__   *Social Security Number __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__
Employer __N/A__   Employer's telephone number __N/A__
Employer's address __N/A__

2. **ASSISTANCE BENEFITS**
Do you or anyone residing in your household receive benefits from any of the following sources? (If so, please check those which apply)
☐ AFDC   ☐ Food Stamps   ☐ SSI   ☐ Medicaid   ☐ Other __Social Security disability__

3. **INCOME/EXPENSE STATEMENT**

Monthly Gross Income:
Monthly Gross Income .................................................. $ 2000
Spouse's Monthly Gross Income (unless a martial offense) ..... 2442.00
Other Earnings: Commissions, Bonuses, Interest Income, etc. .... Ø
Contributions from Other People Living in Household
Unemployment/Workman's Compensation,
   Social Security, Retirements, etc. .............................. Ø
Other Income (be specific) _____

TOTAL MONTHLY GROSS INCOME ........................... $ 4,442.00

Monthly Expenses:
A. Living Expenses
   Rent/Mortgage .................................................. $ 4073.00
   Total Utilities: Gas, Electricity, Water, etc ................... 1280.05
   Food ........................................................... 290.00
   Clothing ....................................................... 500.00
   Health Care/Medical ............................................ 100.00
   Insurance ...................................................... 948.00 Cobra - 582 Supplement Ins 222.86
   Car Payment(s)/Transportation Expenses ..... Car Ins. 100    + RX Ins 56.90 + RX prescriptions
   Loan Payment(s) .............................. 500 Note + gas    + Co-pays

   Cell + Internet 155.00

*OPTIONAL

| Form C-10 Page 2 of 2   Rev.2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER | |
|---|---|---|
| Monthly Expenses:(cont'd page1) Credit Card Payment(s). Educational/Employment Expenses Other Expenses (be specific) | 100 Care Credit card | |
| Sub-Total | | A $ 100.00 |
| B. Child Support Payment(s)/Alimony | $ 0 | |
| Sub-Total C. Exceptional Expenses | $ 0 | B $ |
| TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only) | | $ |
| Total Gross Monthly Income Less total monthly expenses: DISPOSABLE MONTHLY INCOME | | $ 369.00 |

**4. LIQUID ASSETS:**

Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit) — $ 0

Equity in Real Estate (value of property less what you owe) — 0

Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe) — 0

Other (be specific)

Do you own anything else of value? ☐ Yes ☒ No (land, house, boat, TV, stereo, jewelry) — 0

If so, describe

**TOTAL LIQUID ASSETS** — $ 0

**5. Affidavit/Request**

I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provide by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

Sworn to and subscribed before me this

_____  
Judge/Clerk/Notary

Affiant's Signature: Barbara L. Pedigo
Print or Type Name: Barbara L. Pedigo

**ORDER OF COURT**

**SECTION II**

IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:

☐ Affiant is not indigent and request is DENIED.
☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $_____ towards the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows:
☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____ is hereby appointed as counsel to represent affiant.

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.

Done this _____ day of _____

_____
Judge

DOCUMENT 3
Case 4:20-cv-01543-ACA   Document 1-1   Filed 10/05/20   Page 5 of 8
ELECTRONICALLY FILED
9/2/2020 2:31 PM
31-CV-2020-900502.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | |
|---|---|
| BARBARA PEDIGO, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case Number: _____ |
| | * |
| RELIANCE STANDARD LIFE INSURANCE COMPANY, | * |
| | * |
| | * |
| Defendant | * |

## **COMPLAINT**
### **ERISA LTD Benefits**

1. Plaintiff, age 56, a 12 year former employee of Thomas Hospital, is totally disabled.

2. Reliance Standard Life Insurance Company administers Plaintiff's LTD Plan through Infirmary Health System, Inc.

3. Plaintiff is disabled due to depression and anxiety.

4. Plaintiff applied for long term disability benefits which were denied on August 14, 2019.

5. Defendant denied the claim, claiming Plaintiff's condition was pre-existing.

6. Plaintiff's disabling condition was not preexisting.

7. Counsel for Plaintiff submitted a letter dated 11/11/19 from Plaintiff's treating physician Dr. Harold Veits in which he stated depression was not a preexisting condition.

8. Counsel for Plaintiff submitted another letter dated 8/5/20 from Plaintiff's treating physician Dr. Harold Veits in which he stated again the depression was not a preexisting condition.

9. Plaintiff has exhausted all administrative remedies.

10. This claim is filed pursuant to 29 U.S.C. §1132.

WHEREFORE, Plaintiff prays for appropriate relief, attorney fees and costs which are less than $50,000.

*/s/ Myron Allenstein*

---

MYRON K. ALLENSTEIN (ALL016)
ROSE MARIE ALLENSTEIN (ALL060)
ALLENSTEIN & ALLENSTEIN, LLC
Attorneys for Plaintiff
141 South 9th Street
Gadsden, AL  35901
(256) 546-6314
(256) 547-7648 (fax)
myron@allenstein.com
rose@allenstein.com

2

ELECTRONICALLY FILED
9/2/2020 3:27 PM
31-CV-2020-900502.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

| | | |
|---|---|---|
| PEDIGO BARBARA LYNN | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: CV-2020-900502.00 |
| | ) | |
| RELIANCE STANDARD LIFE INS. COMPANY | ) | |
| Defendant. | ) | |

ORDER ON AFFIDAVIT OF SUBSTANTIAL HARDSHIP

Affiant is indigent and request is GRANTED. The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.

DONE this 2nd day of September, 2020

/s/ CODY D. ROBINSON

CIRCUIT JUDGE

**UNITED STATES POSTAL SERVICE**

September 8, 2020

Dear Circuit Clerk:

**UJS Information**

Case Number: 31-CV-2020-900502.00
Document Type: Complaint
Restricted Delivery Requested: No

Intended Recipient:
RELIANCE STANDARD LIFE INS. COMPANY (D001)
2 N. JACKSON STREET
SUITE 605
MONTGOMERY, AL 36104

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 7301 4131 2000 0329 39**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | September 8, 2020, 9:57 am |
| **Location:** | MONTGOMERY, AL 36104 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| **Weight:** | 2.0oz |

## Recipient Signature

Signature of Recipient: *Jennifer Lockwood* / Jennifer Lockwood

Address of Recipient: *2 N Jackson St Suite 605*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004