# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **BARBARA PEDIGO,** | } |
| Plaintiff, | } |
| v. | } Case No.: 4:20-cv-1543-ACA |
| **RELIANCE STANDARD LIFE INSURANCE COMPANY,** | } |
| Defendant. | } |

## ORDER

Pursuant to the joint stipulation of dismissal filed by the parties (doc. 11), the court **DISMISSES** this action **WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this May 21, 2021.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE